**FORM 8. Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shinnecock Indian Nation _____ v. United States _____

No. 14-5015

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should **read** paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[  ] Pro Se        [✓] As counsel for:        Shinnecock Indian Nation _____
                                              Name of party

I am, or the party I represent is (select one):

[  ] Petitioner   [  ] Respondent   [  ] Amicus curiae   [  ] Cross Appellant
[✓] Appellant     [  ] Appellee     [  ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[  ] Petitioner or appellant        [  ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Steven J. Bloxham |
| Law firm: | Fredericks Peebles & Morgan LLP |
| Address: | 2020 L Street, Suite 250, Sacramento, CA 95811 |
| City, State and ZIP: | Sacramento, CA 95811 |
| Telephone: | (916) 441-2700 |
| Fax #: | (916) 441-2067 |
| E-mail address: | sbloxham@ndnlaw.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[  ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[  ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 14, 2013 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes     [  ] No

[  ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11-12-2013                              *J. Bloxham*
Date                                    Signature of pro se or counsel

cc: _____