UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 14-5015

SHINNECOCK INDIAN NATION,
*Appellant,*

v.

UNITED STATES OF AMERICA,
*Appellee.*

Appeal from the United States Court of Federal Claims in Case No. 1:12-cv-00836-ECH, Judge Emily C. Hewitt

**APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S OPENING BRIEF**

Appellant, Shinnecock Indian Nation, hereby moves this Court for an extension of time, to and including Monday, February 10, 2014, in which to file the Appellant's Opening Brief. In support of the requested extension, Appellant states as follows:

1. Pursuant to the Court's Order dated December 12, 2013, Appellant's Opening Brief is currently due to be filed on or before Monday, January 13, 2014.

2. Appellant seeks to revise the date for filing its Opening Brief to February 10, 2014.

3. Appellant seeks an extension of twenty-eight (28) days.

4. The Court previously granted Appellant an extension of fourteen (14) days upon Appellant's unopposed motion.

5. Appellant has informed Appellee the United States, through its attorney Maureen E. Rudolph, that Appellant seeks this 28-day extension. Ms. Rudolph has advised Appellant's counsel that the United States has no objection to the proposed extension of 28 days.

6. This motion is accompanied by a declaration of Appellant's counsel describing the facts that establish good cause for the extension.

7. Good cause arises because there are major legal issues involved in this appeal that are complex and are either unresolved by the appellate courts or are issues of first impression. Appellant's counsel requires additional time to conduct the research necessary to adequately address these issues and provide appropriate support for Appellant's positions and adequate assistance to this Court in deciding these major issues.

8. Good cause also arises from the Shinnecock Indian Nation's recent complete overhaul of its governance system, implementing its written constitution which was adopted in the fall of 2013, including formation of a new seven-member Council of Trustees and the election on December 10, 2013 of four new governing officials (in addition to the three members of the former Board of Trustees) to the new Council.

9. Additional time is needed to consult with the Nation's newly formed Council of Trustees concerning the factual and legal issues in this appeal.

10. Appellant's counsel's ability to devote sufficient resources to the preparation of Appellant's opening brief also has been significantly impacted by the additional demands of representing the Nation in other matters both directly and indirectly related to the matters underlying the Nation's land claim case before the U.S. District Court for the Eastern District of New York, unresolved matters between Appellant the Shinnecock Nation and Appellee the United States regarding the United States' potential involvement in that case, preparation for discussions concerning that case with the primary defendant in that case, the State of New York, as well as this appeal from dismissal of its case before the Court of Federal Claims which is derivative of the Nation's land claim case.

11.     In addition, Appellant's counsel's ability to complete Appellant's Opening Brief has been impacted by additional obligations to other clients that Appellant's counsel represents.

For the foregoing reasons, Appellant moves this Court for an order granting an extension of 28 days, to and including February 10, 2014, within which Appellant may file its Opening Brief.

Dated: January 6, 2014

                                      Respectfully submitted,

                                      FREDERICKS PEEBLES & MORGAN LLP
                                      John M. Peebles
                                      Darcie L. Houck
                                      Steven J. Bloxham
                                      2020 L Street, Suite 250
                                      Sacramento, California 95811
                                      (916) 441-2700


                                    By: /s/Steven J. Bloxham
                                        Steven J. Bloxham, Esq.
                                        Attorneys for Appellant
                                        E-mail: sbloxham@ndnlaw.com
                                        T: (916) 441-2700
                                        F: (916) 441-2067

## DECLARATION OF STEVEN J. BLOXHAM

I, Steven J. Bloxham, declare as follows:

1. I am a partner at Fredericks Peebles & Morgan LLP, attorneys of record for the Appellants in this action, the Shinnecock Indian Nation. I am the attorney with primary responsibility for preparing the Appellant's Opening Brief. This declaration is submitted pursuant to Federal Circuit Rule 26(b)(5) in support of Appellant's motion to extend by twenty-eight (28) days the time to file Appellant's Opening Brief.

2. The requested extension is necessary because there are major legal issues involved in this appeal that are complex and are either unresolved by the appellate courts or are issues of first impression. Appellant's counsel requires additional time to conduct the research necessary to adequately address these issues and provide appropriate support for Appellant's positions and adequate assistance to this Court in deciding these major issues.

3. Good cause also arises from the Shinnecock Indian Nation's recent complete overhaul of its governance system, implementing its written constitution which was adopted in the fall of 2013, including formation of a new seven-member Council of Trustees and the election on December 10, 2013 of four new governing officials (in addition to the three members of the former Board of Trustees) to the new Council.

4. Additional time is needed to consult with the Nation's newly formed Council of Trustees concerning the factual and legal issues in this appeal.

5. Appellant's counsel's ability to devote sufficient resources to the preparation of Appellant's opening brief also has been significantly impacted by the additional demands of representing the Nation in other matters both directly and indirectly related to the matters underlying the Nation's land claim case before the U.S. District Court for the Eastern District of

New York, unresolved matters between Appellant the Shinnecock Nation and Appellee the United States regarding the United States' potential involvement in that case, preparation for discussions concerning that case with the primary defendant in that case, the State of New York, as well as this appeal from dismissal of its case before the Court of Federal Claims which is derivative of the Nation's land claim case.

6. In addition, Appellant's counsel's ability to complete Appellant's Opening Brief has been impacted by additional obligations to other clients that Appellant's counsel represents.

7. My co-counsel, Attorney Darcie L. Houck, and I attempted to contact Appellee's counsel Maureen E. Rudolph by telephone on January 3, 2014, and left a voicemail message informing her of Appellant's intention to seek an additional extension of time to file Appellant's Opening Brief.

8. At my direction, earlier today January 6, 2014, Ms. Houck further contacted Ms. Rudolph by email and informed her that Appellant intended to request an additional extension of time of 28 days to file Appellant's Opening Brief.

9. Ms. Rudolph responded by email to Ms. Houck and me and advised that the United States has no objection to Appellant's proposed extension of 28 days.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of January, 2014, at Sacramento, California.

_____
Steven J. Bloxham

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Appellant's Unopposed Motion to Extend Time to File Appellant's Brief and the Declaration of Steven J. Bloxham with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on the counsel of record, this 6th day of January, 2014, by the CM/ECF system, to the following:

Maureen Elizabeth Rudolph
U.S. Department of Justice - ENRD
601 D Street, NW
3rd Floor
Washington, DC 20004
(202) 305-0479
Fax: (202) 353-2021
Email: maureen.rudolph@usdoj.gov

Dated:  January 6, 2014

                By: /s/ Steven J. Bloxham
                    Steven J. Bloxham, Esq.
                    Attorney for Appellant
                    E-mail: sbloxham@ndnlaw.com
                    T: (916) 441-2700
                    F: (916) 441-2067