# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Shinnecock Indian Nation v. United States of America

No. 14-5015

## CERTIFICATE OF INTEREST

Counsel for the Appellant Shinnecock Indian Nation certifies the following:

1. The full name of every party represented by me is the Shinnecock Indian Nation.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is as follows: N/A.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are as follows: N/A.

4. The names of all law firms and partners or associates that appeared for the party now represented by me in the trial court or expected to appear in this Court are as follows:

   Fredericks Peebles & Morgan LLP

   Steven J. Bloxham, John M. Peebles, Darcie L. Houck

Dated: December 6, 2013

By: /s/ Steven J. Bloxham
Steven J. Bloxham, Esq.
Attorney for Appellant
E-mail: sbloxham@ndnlaw.com
T: (916) 441-2700
F: (916) 441-2067

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Certificate of Interest with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on the counsel of record, this 6th day of December, 2013, by the CM/ECF system, to the following:

Maureen Elizabeth Rudolph
U.S. Department of Justice - ENRD
601 D Street, NW
3rd Floor
Washington, DC 20004
(202) 305-0479
Fax: (202) 353-2021
Email: maureen.rudolph@usdoj.gov

Dated: December 6, 2013

By: /s/ Steven J. Bloxham
    Steven J. Bloxham, Esq.
    Attorney for Appellant
    E-mail: sbloxham@ndnlaw.com
    T: (916) 441-2700
    F: (916) 441-2067

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Appellant's Unopposed Motion to Extend Time to File Appellant's Brief with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served a copy on the counsel of record, this 6th day of January, 2014, by the CM/ECF system, to the following:

Maureen Elizabeth Rudolph
U.S. Department of Justice - ENRD
601 D Street, NW
3rd Floor
Washington, DC 20004
(202) 305-0479
Fax: (202) 353-2021
Email: maureen.rudolph@usdoj.gov


Dated: January 6, 2014

By: /s/ Steven J. Bloxham
Steven J. Bloxham, Esq.
Attorney for Appellant
E-mail: sbloxham@ndnlaw.com
T: (916) 441-2700
F: (916) 441-2067