IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

SHINNECOCK INDIAN NATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

No. 14-5015

**STATEMENT OF NON-OPPOSITION TO MOTION
FOR 60-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF**

Defendant-Appellee United States hereby states that it does not

oppose Plaintiff-Appellant Shinnecock Indian Nation's motion, filed

February 3, 2014, for a 60-day extension of time to file its opening brief, to

April 11, 2014.

                Respectfully submitted,

                <u>/s/ **Jennifer S. Neumann**</u>
                JENNIFER SCHELLER NEUMANN
                  Attorney, Appellate Section,
                  Environment and Natural Res. Div.
                  U.S. Department of Justice
                  P.O. Box 7415
                  Washington, DC  20044
                  (202) 514-2767
                  jennifer.neumann@usdoj.gov

FEBRUARY 12, 2014

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                       **/s/ Jennifer S. Neumann**
                                       JENNIFER SCHELLER NEUMANN
                                       (202) 514-2767
                                           Attorney, Appellate Section,
                                           Environment and Natural Res. Div.
                                           U.S. Department of Justice
                                           P.O. Box 7415
                                           Washington, DC  20044
                                           jennifer.neumann@usdoj.gov